# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: Clifton Green, | Case No.: 20-81181-CRJ-7 |
| Debtor. | Chapter 7 |
| Clifton Green, | |
| Plaintiff, | |
| v. | |
| The Healthcare Authority of the City of Huntsville, and Medicredit, Inc. | Adversary Proceeding No.: 21-80105-CRJ |
| Defendants. | |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE PLAINTIFF'S COMPLAINT

COMES NOW Medicredit, Inc. ("**Medicredit**") and, pursuant to Rule 7012(a) of the *Federal Rules of Bankruptcy Procedure* and Rule 6(b) of the *Federal Rules of Civil Procedure* files this Unopposed Motion to Set Aside Plaintiff's Application for Default and Extend the Deadline to Respond to the Plaintiff's Complaint on the grounds that follow:

1. Clifton Green (the "**Plaintiff**") filed the instant adversary proceeding on September 17, 2021.

2. Medicredit retained the undersigned counsel on November 12, 2021, and is currently investigating the claims asserted in this matter.

3. Medicredit avers that if allowed brief extension, it can file an answer to respond to the allegations of this matter, narrow the issues in controversy, and expedite a resolution.

4. Medicredit requests an extension to answer the complaint by thirty (30) days.

5.  7012(a) of the *Federal Rules of Bankruptcy Procedure* and Rule 6(b) of the *Federal Rules of Civil Procedure* empower this Court to extend the deadline in question for cause.

5.  Medicredit avers that allowing it additional time to investigate the allegations of the complaint, constitutes sufficient cause because it will promote judicial economy, a speedy resolution to this case, and may limit the accrual of attorney fees and expenses on the parties.

6.  The undersigned counsel has contacted counsel for the Plaintiff about this motion. The Plaintiff does not oppose this request for relief from the default and an opportunity to respond.

WHEREFORE, premises considered, Medicredit, Inc. respectfully requests for this Court to enter an Order: (i) pursuant to Rule 7012(a) of the *Federal Rules of Bankruptcy Procedure* and Rule 6(b) of the *Federal Rules of Civil Procedure,* the deadline for it to respond to the Plaintiff's complaint by thirty (30) days; and (ii) granting such relief as this Court deems just and proper.

Respectfully submitted this the 12th day of November, 2021.

> */s/ Tazewell T. Shepard IV*
> Tazewell T. Shepard IV (ASB-6254-I20V)
> *Attorney for Defendant Medicredit, Inc.*
>
> **SPARKMAN SHEPARD, P.C.**
> P.O. Box 19045
> Huntsville, AL 35804
> (256) 512-9924
> ty@ssmattorneys.com

### CERTIFICATE OF SERVICE

This is to certify that I have this the 12th day of November, 2021 served the foregoing document upon John C. Larsen, *Attorney for the Plaintiff*, 1733 Winchester Rd. Huntsville, AL 35811, and Andrew M. Townsley, *Attorney for Defendant the Healthcare Authority of the City of Huntsville*, 2101 Clinton Ave. W. Ste. 102, Huntsville AL 35805, by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

> */s/ Tazewell T. Shepard IV*
> Tazewell T. Shepard IV